NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SANTIAGO VEGA-RUIZ, | No.  14-73214 |
| Petitioner, | Agency No. A070-639-636 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 14, 2016**

Before:   BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Santiago Vega-Ruiz, a native and citizen of Guatemala, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen removal proceedings.   We have jurisdiction under 8 U.S.C. § 1252.   We

review for abuse of discretion the BIA's denial of a motion to reopen.   *Najmabadi*

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

*v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010).   We deny the petition for review.

The BIA did not abuse its discretion in denying Vega-Ruiz's motion to reopen as untimely, where Vega-Ruiz filed it more than two years after the final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and he did not establish changed circumstances in Guatemala as to overcome the time limitation for motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 987-90 (evidence must be "qualitatively different" to warrant reopening).

**PETITION FOR REVIEW DENIED.**